IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | <u>I N D I C T M E N T</u> |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:  18 U.S.C. §§ 2261A(2), 875(c), |
| | ) | 2252(a)(2), and 2252(b)(1) |
| CARL STEVEN STORY | ) | |

<u>COUNT ONE</u>

**Stalking**

The Grand Jury Charges:

From in or about May 2010 and continuing to present time, in the District of North

Dakota, and elsewhere,

CARL STEVEN STORY

with intent to –

(a) kill, injure, harass, and place under surveillance with intent to kill, injure,

harass, and intimidate, and cause substantial emotion distress to Candis

Stephens, a person located in another state and within tribal jurisdiction; and,

(b) to place Candis Stephens, a person located in another state and within tribal

jurisdiction, in reasonable fear of death of, and serious bodily injury to, herself

and member of her immediate family;

used any interactive computer service and any facility of interstate and foreign commerce

to engage in a course of conduct that caused substantial emotional distress to Candis

Stephens and placed Candis Stephens in reasonable fear of the death of, and serious bodily injury to, herself and a member of her immediate family;

    In violation of Title 18, United States Code, Section 2261A(2).

<u>COUNT TWO</u>

**Mailing Threatening Communications**

The Grand Jury Further Charges:

From in or about January 2013, through in or about July 2013, in the District of North Dakota, and elsewhere,

CARL STEVEN STORY

did knowingly deposit and cause to be deposited in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, written communications, addressed to Candis Stephens, 505 John Street, Rolette, North Dakota, containing a threat to injure Candis Stephens and another;

In violation of Title 18, United States Code, Section 876(c).

<u>COUNT THREE</u>

**Interstate Threatening Communications**

The Grand Jury Further Charges:

On or about June 19, 2013, in the District of North Dakota, and elsewhere,

CARL STEVEN STORY

transmitted in interstate commerce a communication containing a threat to injure the person of another; specifically, CARL STEVEN STORY threatened to have Candis Stephens' teeth knocked out;

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:


<u>/s/ Grand Jury Foreperson</u>
Foreperson


<u>/s/ Timothy Q. Purdon</u>
TIMOTHY Q. PURDON
United States Attorney

BSR:aap